IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02525-MSK-CBS

TIMOTHY J. MILLER.

        Plaintiff,

v.

VANRU CREDIT CORPORATION, an Illinois corporation,
"JOHN" ATWOOD, whose true name is unknown,
MARCUS "DOE", whose true name is unknown, and
CORY HUNTER, whose true name is unknown,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice **(#20 )** filed June 13, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 14th day of June, 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge